# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-465
Lower Tribunal No. 2022-CA-003678

_____

CASEY ASKAR,

Appellant,

v.

BYRON DONALDS,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

June 11, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.


Anthony M. Lawhon, of Lawhon Goggin, LLP, Naples, for Appellant.

Alan Perlman, of Dickinson Wright, PLLC, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED